FILED 19 SEP '24 16:18 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-00361-MC |
| v. | **INDICTMENT** |
| **RUSSELL IAN BOGGESS,** | 18 U.S.C. § 1951 |
| Defendant. | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(c) (1)(A)(ii) and 2 |
| | **Forfeiture Allegation** |

## THE GRAND JURY CHARGES:

### COUNT 1
### (Interference with Commerce by Threats or Violence)
### (18 U.S.C. § 1951)

At all times material to this Indictment, Top Shelf Medicine was engaged in serving out of state customers and the purchase and selling of goods in interstate commerce and an industry which affects interstate commerce.

On or about July 23, 2024, in the District of Oregon, defendant **RUSSELL IAN BOGGESS**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **RUSSELL IAN BOGGESS** did unlawfully take and obtain marijuana from Top Shelf Medicine, located at 815 NE Greenwood

Ave, Bend, Oregon, a business engaged in interstate commerce, against Adult Victim 1's (AV1) will by means of actual and threatened force, violence, and fear of injury, immediate and future, to AV1's person.

In violation of Title 18, United States Code, Section 1951.

## COUNT 2
### (Felon in Possession of Ammunition)
### (18 U.S.C. § 922(g)(1))

On or about July 23, 2024, in the District of Oregon, defendant **RUSSELL IAN BOGGESS**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1) Dangerous or Deadly Assault by a Prisoner; on or about May 12, 2006, in the State of Arizona, Pima County Superior Court, Case Number CR20044461;

2) Aggravated Assault with a Deadly Weapon or Dangerous Instrument, on or about March 3, 2002, in the State of Arizona, Maricopa County Superior Court, Case Number 2001009111;

did knowingly and unlawfully possess the following ammunition: 9 MM caliber Hornady Critical Defense ammunition, and said ammunition had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3
### (Use and Carry of a Firearm During and in Relation To a Crime of Violence)
### (18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

On or about July 23, 2024, in the District of Oregon, defendant **RUSSELL IAN BOGGESS**, did unlawfully and knowingly use and carry a firearm, during and in relation to the commission of a crime of violence for which the defendant may be prosecuted for in the United

States, to wit: Interference with Commerce by Threats or Violence as set forth in Count 1 of this indictment.

The government further alleges **RUSSELL IAN BOGGESS** brandished a firearm during the commission of this offense.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2.

### FORFEITURE ALLEGATION

Upon conviction of Count 2 or 3, defendant **RUSSELL IAN BOGGESS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and all ammunition involved in those offenses.

Dated: September 19, 2024

A TRUE BILL.


OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*[signature]*

MATTHEW C. NELSON
Special Assistant United States Attorney