Irina Hughes, FL Bar No. 66198
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Irina_Hughes@fd.org

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUSSELL IAN BOGGESS,<br>Defendant. | No. 6:24-cr-00361-MTK<br>DEFENDANT'S SENTENCING MEMORANDUM<br>Sentencing: October 7, 2026, at 11:00 a.m. |

Russell Ian Boggess is scheduled to appear for sentencing on October 7, 2026, for the offenses of interference with commerce by robbery, in violation of 18 U.S.C. § 1951, and use and carry of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). Mr. Boggess respectfully requests this Court impose the jointly recommended sentence of 121 months' imprisonment followed by 5 years of supervised release. The jointly recommended sentence is sufficient but not longer than necessary to hold him accountable for his actions and serve the goals of sentencing.

Mr. Boggess relies on the details provided in his confidential sentencing letter, which he submits separately.

Respectfully submitted: October 1, 2026.

*s/Irina Hughes*
Irina Hughes
Assistant Federal Public Defender